QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERMAN MARVIN JONES, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:04-cr-5073 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| HERMAN MARVIN JONES, II, ) | Date:  May 23, 2005 |
| ) | Time:  1:30 p.m. |
| *Defendant*. ) | Judge: Hon.  Oliver W. Wanger |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for April 25, 2005, may be continued to **May 23, 2005 at 1:30 p.m.**

The continuance is at the request of defense counsel who has scheduled Mr. Jones to be assessed by a substance abuse counselor.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: April 21, 2005                                    MCGREGOR W. SCOTT
                                                         United States Attorney


                                                    By /s/ Laurel J. Montoya
                                                         LAUREL J. MONTOYA
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

DATED: April 21, 2005
                                                         QUIN DENVIR
                                                         Federal Public Defender


                                                    By /s/ Mark A. Lizárraga
                                                         MARK A. LIZÁRRAGA
                                                         Assistant Federal Defender
                                                         Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: April 26, 2005

                                                         /s/ OLIVER W. WANGER
                                                         _____
                                                         OLIVER W. WANGER
                                                         U.S. District Court Judge for the
                                                         Eastern District of California

Stipulation to Continue Status Conference Hearing                2