1   QUIN DENVIR, Bar #49374
    Federal Defender
2   MARK A.  LIZÁRRAGA, CA Bar #186240
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (559) 487-5561

5   Attorney for Defendant
    HERMAN MARVIN JONES, II

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO.  1:04-cr-5073 OWW
                                     )
12            *Plaintiff,*           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; AND PROPOSED
13      v.                           )   ORDER THEREON
                                     )
14  HERMAN MARVIN JONES, II,         )   Date:   June 20, 2005
                                     )   Time:  1:30 p.m.
15            *Defendant.*           )   Judge: Hon.  Oliver W. Wanger
    _____)

16          IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

17  counsel, that the Status Conference Hearing currently set for May 23, 2005, may be continued to

18  **June 20, 2005 at 1:30 p.m.**

19          The continuance is at the request of defense counsel who has scheduled Mr. Jones to be assessed

20  by a substance abuse counselor.

21          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22  justice, including but not limited to, the need for the period of time set forth herein for effective defense

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2        DATED: May 19, 2005                    MCGREGOR W. SCOTT
                                                 United States Attorney
3

4

5                                               By /s/ Laurel J. Montoya
                                                 LAUREL J. MONTOYA
6                                                Assistant U.S. Attorney
                                                 Attorney for Plaintiff
7

8        DATED: May 19, 2005

9                                                QUIN DENVIR
                                                 Federal Public Defender
10

11

12                                              By  /s/ Mark A. Lizárraga
                                                 MARK A. LIZÁRRAGA
                                                 Assistant Federal Defender
13                                               Attorney for Defendant

14
                                    **O R D E R**
15

16       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §

17   3161(h)(8)(B)(iv).

         DATED: May _20____, 2005
18                                               /s/ OLIVER W. WANGER

19                                               _____
                                                 OLIVER W. WANGER
20                                               U.S. District Court Judge for the
                                                 Eastern District of California

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing            2