QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERMAN MARVIN JONES, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-5073 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND PROPOSED |
| v. ) | ORDER THEREON |
| ) | |
| HERMAN MARVIN JONES, II, ) | Date: July 5, 2005 |
| ) | Time: 9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Oliver W. Wanger |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for June 21, 2005, may be continued to **July 5, 2005 at 9:00 a.m.**

The continuance is at the request of defense counsel who has scheduled Mr. Jones to be assessed by a substance abuse counselor.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: June 17, 2005								MCGREGOR W. SCOTT
												United States Attorney


											By /s/ Laurel J. Montoya
												LAUREL J. MONTOYA
												Assistant U.S. Attorney
												Attorney for Plaintiff

DATED: June 17, 2005
												QUIN DENVIR
												Federal Public Defender


											By /s/ Mark A. Lizárraga
												MARK A. LIZARRAGA
												Assistant Federal Defender
												Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: June __21___, 2005
												/s/ OLIVER W. WANGER
												_____
												OLIVER W. WANGER
												U.S. District Court Judge for the
												Eastern District of California